IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

MITCHELL BROWN,

Defendant.                                       No. 05-CR-30027-DRH

### ORDER

**HERNDON, Chief Judge:**

On August 1, 2011, defendant filed a motion for reduction of sentence (Doc. 315). Defendant asks for a retroactive reduction of his sentence pursuant to 18 U.S.C. § 3582(c)(2). Recently, the United States Sentencing Commission reduced the disparity between sentencing recommendations for powder cocaine and crack cocaine offenses and the retroactive application of these guidelines is to take effect November 1, 2011, unless Congress takes steps to prevent the action. Pursuant to the Court's Administrative Order 137, the Federal Public Defender for the Southern District of Illinois is appointed to represent defendant regarding this motion, and this matter is stayed until November 1, 2011.

**IT IS SO ORDERED.**

Signed this 1st day of August, 2011.

Digitally signed by David R. Herndon
Date: 2011.08.01 10:22:16 -05'00'

**Chief Judge
United States District Judge**