IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

MITCHELL BROWN,

Defendant.                                                  No. 05-CR-30027-DRH

### ORDER

**HERNDON, Chief Judge:**

Now before the Court is defendant's motion for docket sheet and documents 315, 334 and 337 (Doc. 347). Based on the following, the Court denies the motion.

In order to obtain documents free of charge defendant must demonstrate: (1) that he has exhausted *all* means of access to his files (*i.e.* through his trial and appellate counsel), (2) that he is financially unable to secure access to his court files (*i.e.*, through a showing similar required in 28 U.S.C. § 1915(a)(2) which includes a certified copy of the prisoner's account for the previous six-month period prior to filing), and (3) that the documents requested are necessary for the preparation of some specific non-frivolous court action. *See United States v. Wilkinson*, 618 F.2d 1215, 1218-19 (7th Cir. 1980); *Rush v. United States*, 559 F.2d 455, 459 (7th Cir. 1977). These minimal requirements do not impose any substantial burden to financially unable prisoners who desire their records be sent to them at government expense.

Brown's motion is insufficient. Bald allegations that he needs the documents will not do. Further, he has not demonstrated that he exhausted all means of access to his files and he has not furnished his prisoner trust fund account.

Accordingly, the Court **DENIES** defendant's motion (Doc. 347).

**IT IS SO ORDERED.**

Signed this 21st day of June, 2013.

David R. Herndon
2013.06.21 16:38:16 -05'00'

**Chief Judge
United States District Court**